**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>EDUARDO GONZALEZ VILLA,<br><br>                    Defendant. | Case No. 21-cr-00640 JLS<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of<br>Methamphetamine (Felony) |

The United States Attorney charges:

On or about February 6, 2021, within the Southern District of California, defendant, EDUARDO GONZALEZ VILLA, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: February 26, 2021.

                                    ROBERT S. BREWER, JR.
                                    United States Attorney

                                    DANIEL K. GREENE
                                    Assistant U.S. Attorney

DKG:ym:2/18/2021